UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **EVAN PETROS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Case No. 1:16-cv-271** |
| : | |
| **PJS ENTERPRISES, INC.** : | |
| : | |
| **Defendant.** : | |

## FINAL ORDER

THIS CAUSE came before the Court on the Joint Stipulation of Dismissal, and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1) The above-styled cause be and the same is hereby DISMISSED with prejudice;

2) The parties bear their own respective attorneys' fees and costs; and

3) To the extent not otherwise disposed herein, all pending motions are hereby denied or moot and the case is closed.

DONE and ORDERED, this 18th day of May 2016.

/s/ Robert Holmes Bell
Hon. Robert Holmes Bell
United States District Judge